UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
=======================================X

BUSHIDO CAPITAL MASTER FUND, L.P., BCMF      CASE NO.: 08-CV-0145
TRUSTEES, L.L.C.
                    Plaintiffs,

        -against-                            DISCLOSURE STATEMENT

HELIOS COATINGS, INC.,

                    Defendant.

=======================================X

   Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 1.9 of the Local Rules for the United States District Court for the Southern and Eastern Districts of New York, counsel for Defendant, Helios Coatings, Inc., certifies that Defendant is a private, non-governmental party, and that it has no corporate parents or subsidiaries that are publicly held or that own more than 10% of its stock.

Dated:    March 3, 2008
          New York, New York

                              *[signature]*
                              GENA ZAIDERMAN (GLZ1943)
                              Sanders Ortoli Vaughn-Flam Rosenstadt LLP
                              *Attorneys for Defendant*
                              501 Madison Avenue, 14th Floor
                              New York NY 10022
                              Tel 212-588-0022