## AFFIRMATION OF SERVICE

**GENA ZAIDERMAN**, being duly admitted to practice law before the Courts of the State of New York, hereby affirms the following to be true under the penalties of perjury:

I am over 18 years of age, not a party to the within action, and reside in the Country and State of New York. On

March 3, 2008

I served two copies of:

### VERIFIED ANSWER

### 7.1 CORPORATE DISCLOSURE STATEMENT

Upon:

Peter R. Ginsberg
Crowell & Morning, LLP
Attorneys for Plaintiffs
Bushido Capital Master Fund, L.P. and
BCMF Trustees, L.L.C.
153 East 53rd Street, 31st Floor
New York, N.Y. 10022

by placing a copy of said document into a postage pre-paid envelope addressed to Peter R. Ginsberg, Crowell & Morning, LLP, 153 East 53rd Street, 31st Floor, and placing same in a post office or official depository of the United States Postal Service within the state.

_____
Gena Zaiderman