



**MEMO ENDORSED**

**RECEIVED APR 2 8 2008 CHAMBERS OF LEONARD B. SAND**

**USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 4-28-08**

**Sanders | Ortoli | Vaughn-Flam | Rosenstadt llp**

501 Madison Avenue
14th Floor
New York
NY 10022-5616
tel: (212) 588-0022
dir: (212) 829-8921
fax: (212) 826-9307
glz@sovrlaw.com
www.sovrlaw.com

April 28, 2008

*Via Telecopier (212) 805-7919*
Honorable Leonard B. Sand
United States District Judge
United States Courthouse
500 Pearl Street, Room 1650
New York, N.Y. 10007

    Re: Bushido Capital Master Fund, L.P., BCMF Trustees, L.L.C.,
        against Helios Coatings, Inc.,
        Case No. 08 CV 0145, (the "Action")
        <u>Request for Adjournmnet of Preliminary Conference</u>

Dear Judge Sand:

    This office represents Helios Coatings, Inc., the defendant in the above referenced Action and writes to request an adjournment of the preliminary conference currently scheduled for Tuesday, April 29, 2008 at 2:00 pm, for a period of two (2) weeks. The parties are currently in the middle of settlement negotiations and are close to effectuating a final settlement agreement, but require additional time within which to do so. I have spoken with counsel for plaintiffs, Bushido Capital Master Fund, L.P. and BCMF Trustees, L.L.C., and counsel consents to an adjournment of two (2) weeks. No prior requests for an adjournment has been made in this Action.

    Should the Court have any comments, questions, or concerns regarding the matters contained herein, please feel free to contact the undersigned directly.

                                      Very truly yours,

                                      Gena Zaiderman

MMI:glz

cc:   D. Zelenko *via telecopier and electronic mail.*

*[Handwritten endorsement: to May 13, 2008 at 4:30 P.M. So ordered 4/28/08]*

**MEMO ENDORSED**