

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

BUSHIDO CAPITAL MASTER FUND, L.P., BCMF
TRUSTEES, L.L.C.,

        Plaintiffs

        -against-

HELIOS COATINGS, INC.,

        Defendant.
------------------------------------------------------------X

Case No. 08 Civ 0145 (LBS)

STIPULATION OF
DISMISSAL WITH
PREJUDICE

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned,

the attorneys of record for the parties hereto, that the above-entitled action be, and the same

hereby is, dismissed with prejudice and without costs to any party as against any other.

Dated: New York, New York
       _____, 2008


PLAINTIFFS BUSHIDO CAPITAL FUND, L.P.  DEFENDANT HELIOS COATINGS, INC.
AND BCMF TRUSTEES, L.L.C.

By: *Peter R Ginsburg /PG*        By: _____
Peter R. Ginsburg (PG6712)        Eric Vaughn-Flam (EVF0518)
Crowell & Moring, LLP          Sanders Ortoli Vaughn-Flam Rosenstadt LLP
153 E. 53rd Street, 31th Floor       501 Madison Avenue
New York, N.Y. 10022          New York, N.Y. 10022


SO ORDERED:

_____
Hon. Leonard B. Sand, U.S.D.J.

5/29/08

14